**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CARL P. JACOBS** <br> and <br> **JANET L. JACOBS, His Wife** <br> 2 Tanner Court <br> Pikesville, MD 21208 <br><br>     Plaintiffs <br><br> v. <br><br> **ERIKA M. SASEK** <br> 3516 Idlewood Drive <br> Erie, PA 16510 <br><br> and <br><br> **KIRK SASEK** <br> 3516 Idlewood Drive <br> Erie, PA 16510 <br><br>     Defendants | * <br><br> * <br><br><br> * <br><br> * <br><br> * <br><br> * <br> Civil Case No.: <br> * <br><br> * <br><br> * <br><br> * <br><br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**COMPLAINT**

    Carl P. Jacobs and Janet L. Jacobs, his wife, Plaintiffs, by Alan H. Silverberg and Summerfield, Willen, Silverberg & Limsky, P.A., their attorneys, files this Complaint against Erika M. Sasek, Defendant, and respectfully states:

*Jurisdiction, Venue, and Parties*

    1.    Jurisdiction of this Court is founded upon diversity of citizenship as dictated in 28 U.S.C. §1332, which confers exclusive jurisdiction of the United States District Court for causes of action between citizens of different States for claimed amounts in excess of Seventy-Five Thousand Dollars ($75,000.00).

    2.    Venue is appropriate in the District of Delaware because the incident giving rise to this cause of action occurred within the territorial jurisdiction of this Court, specifically, in Oceanview, Delaware.

3. Plaintiffs are private individuals residing in Pikesville, Maryland.

4. Defendant Erika M. Sasek is a private individual residing in Erie, Pennsylvania.

### *Factual History*

5. On or about August 21, 2004, Plaintiff Carl Jacobs (hereinafter "Mr. Jacobs") was driving his automobile in a safe and lawful manner traveling westbound on Atlantic Avenue at its intersection with West Avenue, both public thoroughfares in Oceanview, Delaware.

6. That Defendant Erika M. Sasek (hereinafter "Ms. Sasek") was operating an automobile owned by Defendant Kirk Sasek (hereinafter "Mr. Sasek") in a northbound direction on West Avenue at its intersection with Atlantic Avenue.

7. That at the time of the incident complained of herein, Ms. Sasek was the agent, servant and/or employee of Mr. Sasek, was the permissive user of his automobile, and at all times relevant herein, was acting within the scope of her authority as operator of his automobile.

8. Said automobile operated by Ms. Sasek was so carelessly, recklessly and negligently driven that she failed to stop at a designated stop sign and on West Avenue and violently struck the vehicle operated by Mr. Jacobs on the front passenger side door, causing the Plaintiff's vehicle to slide out of control and strike an "Adopt A Highway" sign where it then came to rest.

9. The negligence of Ms. Sasek, in addition to that alleged above, consisted of: (a) operating said automobile at an excessive and unreasonable rate of speed for circumstances then and there existing; (b) failing to have said vehicle under proper and sufficient control; (c) failing to keep a proper lookout; and (d) failure to obey a designated stop sign.

10. The said accident and resulting injuries and damages sustained by Plaintiffs were caused solely and proximately by reason of the negligence of Ms. Sasek, without any contributory, intervening or participating negligence on the part either Plaintiff.

### *Count I – Carl Jacobs*

11.Plaintiffs hereby incorporate by reference Paragraphs 1 through 10 as if fully set forth in writing herein.

12.Directly as a result of the negligence of Ms. Sasek as noted above, Mr. Jacobs was thrown about his vehicle and was caused to sustain severe, permanent and painful injuries to his head, neck, body and limbs, requiring emergency out-patient treatment, and requiring ongoing care and treatment by his doctor and physical therapist. These injuries included, but were not limited to, a left ulnar nerve entrapment, requiring surgical intervention.

13.He has suffered extreme fright, anxiety and emotional stress, all of which are permanent in nature and have required him to seek ongoing care and treatment.

14.He has lost time from his gainful source of employment and was compelled to expend large sums of money for medical care and for medicines.

15.All of these losses, past, present and prospective, are the result of the negligence of Ms. Sasek.

**WHEREFORE**, Plaintiff Carl P. Jacobs hereby demands judgment against Defendant in the amount of One Hundred Fifty Thousand Dollars ($150,000.00), plus interest and costs.

### *Count II – Janet Jacobs*

16.Plaintiffs hereby incorporate by reference Paragraphs 1 through 15 as if fully set forth in writing herein.

17.Directly as a result of the negligence of Defendant as noted above, Ms. Jacobs was thrown about the vehicle and was caused to sustain severe, permanent and painful injuries to her head, neck, body and limbs, requiring emergency in-patient treatment, and requiring ongoing care and treatment by her doctor and physical therapist. These injuries included, but were not limited to, a superior pubic ramus fracture and rupture of the right hemi-diaphragm, requiring surgical intervention.

18.That she has suffered extreme fright, anxiety and emotional stress, all of which are permanent in nature and have required him to seek ongoing care and treatment.

19. That she has lost time from her gainful source of employment and was compelled to expend large sums of money for medical care and for medicines.

20. That all of these losses, past, present and prospective, are the result of the negligence of Defendant Ms. Sasek.

**WHEREFORE**, Plaintiff Janet Jacobs hereby demands judgment against Defendant in the amount of Five Hundred Thousand Dollars ($500,000.00), plus interest and costs.

### *Count III – Carl & Janet Jacobs*

21. Plaintiffs hereby incorporate by reference Paragraphs 1 through 20 as if fully set forth in writing herein.

22. Plaintiffs were married and living together as husband and wife on the date of the injuries and continue to live together as husband and wife on the date of the filing of this Complaint.

23. As a result of said injuries, the Plaintiffs have been and will be in the future deprived of their normal marital relationship, loss of society, affection, assistance, and conjugal fellowship, including the loss and impairment of their normal sexual relationship.

24. The resultant losses have and will be caused by the negligence of the Defendant and without any negligence on the part of the Plaintiffs contributing thereto.

**WHEREFORE**, Plaintiffs Carl and Janet Jacobs hereby demand judgment against Defendant in the amount of One Hundred Thousand Dollars ($100,000.00), plus interest and costs.

_____
Alan H. Silverberg
***Summerfield, Willen, Silverberg & Limsky, P.A.***
10019 Reisterstown Road, Suite 301
Owings Mills, MD  21117
(410) 363-4444 / (410) 363-0595 (facsimile)
asilverberg@swslpa.com
Attorneys for Plaintiffs

≈JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Carl Jacobs
Janet Jacobs

(b) County of Residence of First Listed Plaintiff  Baltimore, MD
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Alan H. Silverberg, 10019 Reisterstown Rd, #301
Owings Mills, MD  21117    (410) 363-4444

## DEFENDANTS
Erika Sasek
Kirk Sasek

County of Residence of First Listed Defendant  Erie, PA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** ☐ 362 Personal Injury - Med. Malpractice ☐ 365 Personal Injury - Product Liability ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle |  | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 443 Housing/Accommodations | ☐ 530 General |  | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property |  |  |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332
Brief description of cause:
Motor Tort

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $  $750,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE  August 3, 2006
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____