IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL P. JACOBS and JANET L. JACOBS,<br><br>Plaintiffs,<br><br>v.<br><br>ERIKA M. SASEK AND KIRK SASEK,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. CA 06-487<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Alan H. Silverberg, Esquire to represent Plaintiffs Carl P. Jacobs and Janet L. Jacobs in the above-captioned matter.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Neilli Mullen Walsh
Neilli Mullen Walsh (# 2707)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6603
Attorneys for Plaintiff

Dated: 9/7/06

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and the United States District Court for the District of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion

Alan H. Silverberg
*Summerfield, Willen, Silverberg & Limsky, P.A.*
10019 Reisterstown Road, Suite 301
Owings Mills, MD 21117
(410) 363-4444 / (410) 363-0595 (facsimile)
asilverberg@swslpa.com

Date: 9/1/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARL P. JACOBS and JANET L. JACOBS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. CA 06-487 |
| ERIKA M. SASEK AND KIRK SASEK, | ) ) ) | |
| Defendants. | ) | |

ORDER

The foregoing applicant for admission to practice in this action *pro hac vice* is hereby GRANTED.

IT IS SO ORDERED this _____ day of September, 2006.

_____
United States District Judge

Dated: