IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARL P. JACOBS and JANET L. JACOBS, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. CA 06-487 |
| | ) | |
| ERIKA M. SASEK AND KIRK SASEK, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Neilli Mullen Walsh, Esquire, as attorney for plaintiffs in the above-captioned matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Neilli Mullen Walsh*

Neilli Mullen Walsh (# 2707)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6603
Attorneys for Plaintiff

Dated: 9/7/06