AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____06   487 KAJ_____

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### NOTICE OF AVAILABILITY OF A
### UNITED STATES MAGISTRATE JUDGE
### TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____4____ COPIES OF AO FORM 85.

___8-7-06___
(Date forms issued)

___(signature)___
(Signature of Party or their Representative)

___ALAN H. SILVERBERG___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action