File No. PI05-16989
Document No. 311179

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL P. JACOBS and<br>JANET L. JACOBS,<br><br>    Plaintiffs,<br><br>v.<br><br>ERIKA M. SASEK and KIRK SASEK,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-487<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Daniel P. Bennett, Esquire of Heckler & Frabizzio, The Corporate Center, 800 Delaware Avenue, Suite 200, P.O. Box 128, Wilmington, DE 19899-0128, on behalf of all Defendants.

                                 HECKLER & FRABIZZIO

                                 /s/ Daniel P. Bennett
                               DANIEL P. BENNETT, I.D. #2842
                               The Corporate Plaza
                               800 Delaware Avenue, Suite 200
                               P.O. Box 128
                               Wilmington, DE 19899-0128
                               Attorney for Defendants

Date: September 18, 2006

## CERTIFICATE OF SERVICE

I, Daniel P. Bennett, Esquire, of Heckler & Frabizzio, do hereby certify that on the 18th day of September, 2006, two true and correct copies of the attached Entry of Appearance were forwarded to the below individual via facsimile and first class mail:

Alan H. Silverberg, Esquire
Summerfield, Willen, Silverberg & Limsky, P.A.
10019 Reisterstown Road, Suite 301
Owing Mills, MD  21117

_____
DANIEL P. BENNETT