IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARL P. JACOBS and JANET JACOBS, | ) | |
| Plaintiffs, | ) ) ) | C.A. No.: CA 06-487 |
| v. | ) ) | |
| ERIKA M. SASEK and KIRK SASEK, | ) ) ) | |
| Defendants. | ) | |

NOTICE OF SERVICE

I, Neilli Mullen Walsh, hereby certify that I caused a copy of Plaintiffs' Documents and Withheld Lists Pursuant to the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware to be served to be served by U.S. mail, and this Notice of Service to be served electronically on the following attorney of record:

TO:

Daniel P. Bennett, Esquire
Heckler & Frabizzio, P.A.
800 Delaware Avenue, Suite 200
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Neilli Mullen Walsh (2707)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6603
Attorneys for Plaintiffs

Dated: 12/28/06

DB02:5686132.1                                                                                                  065599.1001