IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARL P. JACOBS and JANET JACOBS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 06-487-*** |
| | : | |
| ERIKA M. SASEK and KIRK SASEK, | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **27th** day of **February, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, March 5, 2007 at 3:30 p.m.** with Magistrate Judge Thynge to discuss the scheduling order and how the schedule should be modified. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE