IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL P. JACOBS and JANET JACOBS, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :    Civil Action No. 06-487-*** |
| | : |
| ERIKA M. SASEK and KIRK SASEK, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **21st** day of **March, 2007**.

IT IS ORDERED that the parties are to file a stipulation consenting to the jurisdiction of the Magistrate Judge on or before **Wednesday, March 28, 2007.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE