IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL P. JACOBS and JANET JACOBS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No.: CA 06-487 |
| v. ) | |
| ) | |
| ERIKA M. SASEK and KIRK SASEK, ) | |
| ) | |
| Defendants. | |

**STIPULATION CONSENTING TO THE JURISDICTION**
**OF MAGISTRATE JUDGE**

IT IS HEREBY STIPULATED between the parties, by and through their undersigned counsel, that the Magistrate Judge shall have jurisdiction over the within captioned matter.

| YOUNG CONAWAY STARGATT | HECKLER & FRABIZZIO |
|---|---|
| & TAYLOR, LLP | |
| | |
| *[signature]* | /S/ |
| Neilli Mullen Walsh (2707) | Daniel P. Bennett (2842) |
| The Brandywine Building | The Corporate Plaza |
| 1000 West Street, 17th Floor | 800 Delaware Avenue, Suite 200 |
| P. O. Box 391 | P.O. Box 128 |
| Wilmington, DE 19899-0391 | Wilmington, DE 19899-0128 |
| (302) 571-6618/6603 | Attorneys for Defendants |
| Attorneys for Plaintiffs | |

Dated: 3/27/07

Alan H. Silverberg *Of Counsel*
Summerfield, Willen, Silverberg & Limsky, P.A.
10019 Reisterstown Road, #301
Owings Mills, MD 21117
Attorneys for Plaintiffs

SO ORDERED this _____ day of _____, 2007.

_____
J.