LAW OFFICES
## SUMMERFIELD, WILLEN, SILVERBERG & LIMSKY, P.A.

E. PETE SUMMERFIELD
MARK T. WILLEN
ALAN H. SILVERBERG
MICHAEL R. LIMSKY*

10019 REISTERSTOWN ROAD, SUITE 301
OWINGS MILLS, MD  21117-3910

OFFICE (410) 363-4444
FAX (410) 363-0595

ALAN J. VAN LUVEN**
KATHLEEN H. ANDERSON
BARBARA E. LARSON

*  ADMITTED IN NJ, MD AND D.C.
** ADMITTED MD, D.C. AND DE

OF COUNSEL / NEIL J. BIXLER

June 29, 2007

Honorable Mary Pat Thynge
United States District Court
For the District of Delaware
J. Caleb Boggs Federal Bldg.
844 North King Street
Wilmington, DE  19801

*Re:*   ***Jacobs, et al. v. Sasek, et al.***
        ***Civil Action No.:  06-487***

Dear Judge Thynge:

Counsel and I have had discussions regarding the dates set for disclosure of expert testimony set forth in the Amended Scheduling Order filed on March 3, 2007 in the above matter.  As a result of these discussions, we have come to an agreement with respect to some modifications relative to the disclosures, and, therefore, respectfully request modifications of the following dates:

- ¶3d.    Disclosure of Expert Testimony – Plaintiffs' disclosures on or before ***July 31, 2007*** (from June 30, 2007), and Defendant's disclosures on or before ***September 17, 2007*** (from August 31, 2007).

- ¶7.    Interim Status Report – ***September 14, 2007*** (from August 29, 2007).

Please advise counsel if there is any problem with these requests.  Your kind consideration to this matter is greatly appreciated.

Very truly yours,

*Summerfield, Willen, Silverberg & Limsky, P.A.*

Alan H. Silverberg

cc:    Mr. and Mrs. Carl Jacobs
       Daniel P. Bennett, Esquire (via email)
       Neilli Walsh, Esquire (via email)