**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CARL P. JACOBS and JANET JACOBS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 06-487-MPT |
| | : | |
| ERIKA M. SASEK and KIRK SASEK, | : | |
| | : | |
| Defendants. | : | |

**SECOND AMENDED SCHEDULING ORDER**

IT IS ORDERED that the Amended Scheduling Order dated March 6, 2007 is hereby amended as follows:

3.    Discovery

        d.    Disclosure of Expert Testimony.  The parties have agreed that Plaintiffs shall file their initial Federal Rule of Civil Procedure 29(a)(2) disclosure of expert testimony on or before **July 31, 2007**, and Defendants shall filed their initial Federal Rules of Civil Procedure 29(a)(2) disclosure of expert testimony on or before **September 14, 2007**.

7.    Interim Status Report.  On **September 14, 2007**, counsel shall submit a letter to the Court with an interim report on the nature of the matters in issue and the progress of discovery to date.

8.    The status conference scheduled for September 5, 2007 at 9:00 a.m. is canceled.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE