IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CARL P. JACOBS and JANET JACOBS,    )
                                    )
            Plaintiffs,             )        C.A. No. 06-487-MPT
                                    )
        v.                          )
                                    )
ERIKA M. SASEK and KIRK SASEK,      )
                                    )
            Defendants.             )

NOTICE OF SERVICE

I, Neilli Mullen Walsh, Esquire, counsel for plaintiffs in the within matter, hereby

certify that on July 31, 2007, Plaintiffs' Expert Disclosures were served by fax and first-class

mail on the following counsel of record:

> Daniel P. Bennett, Esquire
> Mintzer, Sarowitz, Zeris, Ledva & Meyers
> 1220 North Market Street, Suite 300
> Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neilli Mullen Walsh (2707)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6603
Attorneys for Plaintiffs

Dated: July 31, 2007