# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
      (NJ & PA ONLY)
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

———

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6603
DIRECT FAX:  (302) 576-3343
nwalsh@ycst.com

August 7, 2007

**VIA E-FILING & HAND DELIVERY**

Honorable Mary Pat Thynge
United States District Court
For the District of Delaware
J. Caleb Boggs Federal Bldg.
844 North King Street
Wilmington, DE 19801

Re: *Jacobs, et al. v. Sasek, et al.*
*Civil Action No.: 06-487(MPT)*

Dear Magistrate Judge Thynge:

As the docket will reflect, the Court issued its Second Amended Scheduling Order in the above matter on July 11, 2007. This Order essentially adjusted the dates for the Rule 26(a)(2) disclosures of expert testimony to July 31 and September 14, 2007 for the Plaintiffs and Defendants, respectively, and moved the Interim Status Report to September 14, 2007. Pursuant to the terms of the Order, Plaintiffs timely filed its expert disclosures on July 31, 2007. The following day, Mr. Jacobs contacted Mr. Silverberg's office to advise that he was experiencing worsening problems with his left elbow, on which he had ulnar nerve surgery on September 26, 2005, as a result of injuries sustained in this accident, as well as worsening numbness and tingling in the last three fingers of his left hand. He further advised that his operating surgeon had scheduled him for additional EMG and nerve conduction studies and a follow-up with the surgeon to determine if further surgery on his elbow may be necessary.

While the expert disclosures for Janet Jacobs have presented no problems, the situation for Mr. Jacobs is now problematic for both counsel with respect to expert disclosures.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, DE 19801
August 7, 2007
Page 2

Mr. Silverberg has discussed these events with Dan Bennett, counsel for Defendants, and proposed moving once again the date for final expert disclosures for Mr. Jacobs only. The Pretrial Conference in this matter is not scheduled until February 14, 2008, and, therefore, further movement of the date for expert disclosures regarding Mr. Jacobs would not have any significant impact on the other dates set in the Second Amended Scheduling Order. Mr. Bennett has advised us that he takes no position with respect to our request for further amendment to the Scheduling Order. Mr. Bennett and Mr. Silverberg have also agreed that they would have settlement discussions regarding Ms. Jacobs' claim within the next several weeks, and prior to the September 19, 2007 mediation date, and continue to mediate Ms. Jacobs' case on September 19 if not settled before then.

Accordingly, we respectfully request that the dates for disclosures of expert testimony set forth in the Second Amended Scheduling Order be modified as follows:

- ¶3d.  <u>Disclosure of Expert Testimony</u> – Plaintiff Carl Jacobs' disclosures on or before *September 30, 2007* (from July 31, 2007), and Defendant's disclosures on or before *November 30, 2007* (from September 14, 2007). Objections to expert testimony moved to *January 15, 2008* (from November 16, 2007.)

- ¶7.  <u>Interim Status Report</u> – *November 29, 2007* (from September 14, 2007).

Thank you for your attention to this matter. Should your Honor have any questions, we are available at the Court's convenience.

Respectfully yours,

Ꞙᴏᴄ Neilli Mullen Walsh

NMW:ms

cc:    Alan H. Silverberg, Esquire (via email)
       Daniel P. Bennett, Esquire (via email)