# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6603
DIRECT FAX: (302) 576-3343
nwalsh@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
    (NJ & PA ONLY)
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

August 17, 2007

**VIA E-FILING & HAND DELIVERY**

Honorable Mary Pat Thynge
United States District Court
For the District of Delaware
J. Caleb Boggs Federal Bldg.
844 North King Street
Wilmington, DE 19801

     Re:   *Jacobs, et al. v. Sasek, et al.*
            *Civil Action No.: 06-487(MPT)*

Dear Magistrate Judge Thynge:

       Pursuant to Your Honor's request, enclosed is a proposed Third Amended Scheduling Order. Thank you for your courtesy and cooperation in approving our request for modification of the subject deadlines.

                                    Respectfully yours,

                                    /s/ Neilli Mullen Walsh

                                    Neilli Mullen Walsh

NMW:ms
Enclosure

cc:    Alan Silverberg, Esquire
        Daniel P. Bennett, Esquire
        The Clerk of the Court

DB02:6189287.1                                                                065599.1001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL P. JACOBS and JANET JACOBS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No.: CA 06-487 |
| v. | ) |
| | ) |
| ERIKA M. SASEK and KIRK SASEK, | ) |
| | ) |
| Defendants. | ) |

### THIRD AMENDED SCHEDULING ORDER

IT IS HEREBY ORDERED this ____ day of _____, 2007, that the Second Amended Scheduling Order in the within matter be modified as follows:

- ¶3d. <u>Disclosure of Expert Testimony</u> – Plaintiff Carl Jacobs' expert disclosures shall be filed on or before *September 30, 2007*, and Defendant's expert disclosures shall be filed on or before *November 30, 2007*. Objections to expert testimony shall be made by motion no later than *January 15, 2008*.

- ¶7. <u>Interim Status Report</u> – On *November 29, 2007*, counsel shall submit a letter to the Court with an interim report on the nature of the matters in issue and the progress of discovery to date.

All other deadlines and dates set forth in the Second Amended Scheduling Order shall remain unchanged.

_____
Magistrate Judge Mary Pat Thygne