IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL P. JACOBS and JANET JACOBS, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No.: CA 06-487 ) ) |
| ERIKA M. SASEK and KIRK SASEK, | ) ) |
| Defendants. | ) |

### THIRD AMENDED SCHEDULING ORDER

IT IS HEREBY ORDERED this _20_ day of _August_, 2007, that the Second Amended Scheduling Order in the within matter be modified as follows:

- ¶3d.   Disclosure of Expert Testimony – Plaintiff Carl Jacobs' expert disclosures shall be filed on or before *September 30, 2007,* and Defendant's expert disclosures shall be filed on or before *November 30, 2007.* Objections to expert testimony shall be made by motion no later than *January 15, 2008.*

- ¶7.   Interim Status Report – On *November 29, 2007,* counsel shall submit a letter to the Court with an interim report on the nature of the matters in issue and the progress of discovery to date.

All other deadlines and dates set forth in the Second Amended Scheduling Order shall remain unchanged.

Magistrate Judge Mary Pat Thynge