File No.: 16989

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL P. JACOBS AND JANET L. JACOBS, <br> Plaintiffs, | : C.A. NO. 06-487 <br> : <br> : |
| vs. | : |
| ERIKA M. SASEK AND KIRK SASEK, <br> Defendants. | : TRIAL BY JURY OF 12 DEMANDED <br> : |

## STIPULATION OF PARTIAL DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, through undersigned counsel that Plaintiff Janet Jacobs' claim for personal injuries, and Carl Jacobs' claim for loss of consortium against Defendants are herby dismissed, with prejudice. This Stipulation does not affect Carl Jacobs' claims for personal injuries and Janet Jacobs' claim for loss of consortium.

Date: 10/26/07

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_/s/ Neilli M. Walsh_
NEILLI M. WALSH, I.D. #2707
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
Attorney for Plaintiffs

MINTZER, SAROWITZ, ZERIS, LEDVA
& MEYERS

_/s/_
DANIEL P. BENNETT, I.D. #2842
1220 North Market Street, Suite 300
Wilmington, DE 19801
(302) 655-2181
Attorney for Defendants

Date: October 26, 2007

**SO ORDERED** this _____ day of _____, 2007.

_____
J.

MSZL&M File No. 004193.000032
325445