IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL P. JACOBS AND JANET L. JACOBS, | : C.A. NO. 06-487 |
| Plaintiffs, | : |
| vs. | : |
| | : 12 JUROR TRIAL DEMANDED |
| ERIKA M. SASEK AND KIRK SASEK, | : |
| Defendants. | : |

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE the undersigned counsel will take the deposition of Carl P. Jacobs on January 25, 2008 starting at 11:00 a.m. The deposition will take place in the offices of Mintzer Sarowitz Zeris Levda & Meyers, 1220 North Market Street, Suite 300, Wilmington, Delaware.

MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

_/s/ Daniel P. Bennett_
DANIEL P. BENNETT, I.D. 2842
1220 North Market Street, Suite 300
Wilmington, DE 19801
(302) 655-2181
Attorney for Defendant, ERIKA M. SASEK AND KIRK SASEK
**MSZL&M File No. 004193.000032**

Dated: December 18, 2007

357015

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL P. JACOBS AND JANET L. JACOBS,<br>Plaintiffs, | : C.A. NO. 06-487 (***)<br>:<br>: |
| vs. | :<br>: |
| ERIKA M. SASEK AND KIRK SASEK,<br>Defendants. | : 12 JUROR TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, DANIEL P. BENNETT, do hereby certify that on the 18th day of December 2007 a true and correct copy of Defendants' Re-Notice of Deposition was forwarded to counsel as follows via first class mail:

Alan H. Silverberg, Esquire
SUMMERFIELD, WILLEN, SILVERBERG & LIMSKY, P.A.
10019 Reisterstown Road, Suite 301
Owing Mills, MD 21117

Nellie M. Walsh
YOUNG CONAWAY STARGATT & TAYLOR, LLP
P.O. Box 391
Wilmington, DE 19899

MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

/s/ Daniel P. Bennett
_____
DANIEL P. BENNETT I.D. 2842
1220 North Market Street, Suite 300
Wilmington, DE 19801
Attorney for Defendant, ERIKA M. SASEK AND KIRK SASEK
**MSZL&M File No. 004193.000032**

357016