

**Mintzer Sarowitz
Zeris Ledva & Meyers LLP**

1220 N. Market Street, Suite 300
Wilmington, DE 19801
Tel: 302.655.2181
Fax: 302.655.2182
**www.defensecounsel.com**

E-mail: dbennett@defensecounsel.com

File No. 004193.000032

1528 Walnut Street
22nd Floor
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

25 Newbridge Road
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

625 Liberty Avenue
Dominion Tower,
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 N. Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

January 11, 2008

**VIA ELECTRONIC FILING**
The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

RE:  **CARL P. JACOBS AND JANET L. JACOBS v. ERIKA M. SASEK AND
     KIRK SASEK
     No. 06-487 (MPT)**

Your Honor:

I represent the Defendants in the above-referenced matter.  Trial in the case is currently scheduled for March 10, 2008 based upon the Amended Scheduling Order issued in March 2007.  Unfortunately, through an error in my office, the trial date was not placed on my calendar, and my calendar continued to show the original trial date of May 2008.  I currently have a trial scheduled on March 10, 2008 in the Superior Court with Judge Ableman, which I expect to go to trial.  In addition, Plaintiffs' counsel has advised that he has a conflict with the current Pre-Trial Conference on February 14, 2008.

Finally, the parties are still engaged in discovery with respect to Mr. Jacobs' claim, and a determination of whether an independent medical examination is necessary will be made following Mr. Jacobs' deposition.  Unfortunately, the parties were unable to schedule Mr. Jacobs' deposition before January 25, 2008.

Based upon the above, the parties request a short continuance of the trial.  If the Court is amenable to this request, we ask that the Court provide us with available trial dates, and the parties will submit another Amended Revised Scheduling Order.

The Honorable Mary Pat Thynge
January 11, 2008
Page 2


Thank you for your consideration in this matter.   If the Court has any questions, counsel is available at the Court's convenience.

Respectfully submitted,

DANIEL P. BENNETT

DPB/bst
Cc:    Nellie M. Walsh, Esquire
       YOUNG CONAWAY STARGATT & TAYLOR, LLP
       P.O. Box 391
       Wilmington, DE 19899

       Alan H. Silverberg, Esquire
       SUMMERFIELD, WILLEN, SILVERBERG & LIMSKY, P.A.
       10019 Reisterstown Road, Suite 301
       Owing Mills, MD 21117