IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARL P. JACOBS and JANET JACOBS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 06-487-MPT |
| | : | |
| ERIKA M. SASEK and KIRK SASEK, | : | |
| | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **11th** day of **January, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, January 16, 2008 at 11:00 a.m.** with Judge Thynge to discuss the schedule in the above matter. **Daniel P. Bennett, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE