# YOUNG CONAWAY STARGATT & TAYLOR, LLP

NEILLI MULLEN WALSH
DIRECT DIAL: 302-571-6603
DIRECT FAX: 302-576-3343
nwalsh@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801
P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

BUNKER HILL CENTRE II
102 SLEEPY HOLLOW DRIVE
SUITE 105
MIDDLETOWN, DELAWARE 19709
(302) 449-1338

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

January 24, 2008

**VIA E-FILING & HAND DELIVERY**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, DE 19801

   Re: *Jacobs, et al. v. Sasek, et al.*
     *Civil Action No.: 06-487(MPT)*

Dear Magistrate Thynge:

  Enclosed for Your Honor's consideration is a proposed form of Order regarding last week's teleconference.

            Respectfully yours,

            Neilli Mullen Walsh

NMW:ncp
Enclosure

cc: Alan Silverberg, Esquire (w/enclosure)
   Daniel P. Bennett, Esquire (w/enclosure)

DB02:6527457.1                                  065599.1001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL P. JACOBS and JANET JACOBS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ERIKA M. SASEK and KIRK SASEK, )<br>)<br>Defendants. ) | C.A. No.: CA 06-487 |

## ORDER

The Court, having considered defendants' request for a continuance of the trial in this matter, and there being no opposition thereto,

IT IS HEREBY ORDERED this ___ day of _____, 2008, that the Amended Scheduling Order be revised as follows:

### PRETRIAL CONFERENCE

The Pretrial Conference shall be held in Chambers on May 29, 2008 at 9:00 a.m. The final Pretrial Order shall be filed with the Court on or before May 15, 2008.

### TRIAL

This matter is scheduled for a two day jury trial beginning at 9:30 a.m. June 9, 2008. The second trial day will begin at 9:00 a.m. For purposes of completing pretrial preparations, counsel should plan on each side being allocated a total of 4½ hours to present their case.

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge