IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL P. JACOBS and JANET JACOBS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ERIKA M. SASEK and KIRK SASEK, )<br>)<br>Defendants. ) | C.A. No.: CA 06-487 |

### ORDER

The Court, having considered defendants' request for a continuance of the trial in this matter, and there being no opposition thereto,

IT IS HEREBY ORDERED this 25 day of January, 2008, that the Amended Scheduling Order be revised as follows:

### PRETRIAL CONFERENCE

The Pretrial Conference shall be held in Chambers on May 29, 2008 at 9:00 a.m. The final Pretrial Order shall be filed with the Court on or before May 15, 2008.

### TRIAL

This matter is scheduled for a two day jury trial beginning at 9:30 a.m. June 9, 2008. The second trial day will begin at 9:00 a.m. For purposes of completing pretrial preparations, counsel should plan on each side being allocated a total of 4½ hours to present their case.

The Honorable Mary Pat Thynge
United States Magistrate Judge

DB02:6524447.1                                                                065599.1001