IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL P. JACOBS AND JANET L. JACOBS, | : C.A. NO. 06-487 |
| Plaintiffs, | : |
| vs. | : |
| | : 12 JUROR TRIAL DEMANDED |
| ERIKA M. SASEK AND KIRK SASEK, | : |
| Defendants. | : |

### NOTICE OF DE BENNE ESSE DEPOSITION

PLEASE TAKE NOTICE the undersigned counsel will take the videotaped deposition of Errol Ger, MD, in lieu of testimony at trial on June 2, 2008 starting at 1:00 p.m. The deposition will take place in the office of Dr. Errol Ger, 1207 North Scott Street, Suite 4, Wilmington, DE 19806

MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

DANIEL P. BENNETT, I.D. 2842
1220 North Market Street, Suite 300
Wilmington, DE 19801
(302) 655-2181
Attorney for Defendant, ERIKA M. SASEK AND KIRK SASEK
**MSZL&M File No. 004193.000032**

Dated: May 15, 2008

cc: Wilcox & Fetzer

411815

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL P. JACOBS AND JANET L. JACOBS, <br> Plaintiffs, | : C.A. NO. 06-487 <br> : <br> : |
| vs. | : <br> : |
| ERIKA M. SASEK AND KIRK SASEK, <br> Defendants. | : 12 JUROR TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, DANIEL P. BENNETT, do hereby certify that on the 15th day of May 2008 a true and correct copy of Defendants' Notice of Deposition was forwarded to counsel as follows via first class mail:

Alan H. Silverberg, Esquire
SUMMERFIELD, WILLEN, SILVERBERG & LIMSKY, P.A.
10019 Reisterstown Road, Suite 301
Owing Mills, MD 21117

Nellie M. Walsh
YOUNG CONAWAY STARGATT & TAYLOR, LLP
P.O. Box 391
Wilmington, DE 19899

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS**

_____
DANIEL P. BENNETT I.D. 2842
1220 North Market Street, Suite 300
Wilmington, DE 19801
Attorney for Defendant, ERIKA M. SASEK AND KIRK SASEK
**MSZL&M File No. 004193.000032**

411816