

**Mintzer Sarowitz
Zeris Ledva & Meyers LLP**

ATTORNEYS AT LAW

1220 N. Market Street, Suite 300
Wilmington, DE 19801
Tel: 302.655.2181
Fax: 302.655.2182
www.defensecounsel.com

E-mail: dbennett@defensecounsel.com

File No. 004193.000032 (16989)

1528 Walnut Street
22nd Floor
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

17 West John Street
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

625 Liberty Avenue
Dominion Tower,
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 N. Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

May 16, 2008

**ELECTRONIC FILING**
The Honorable Mary Pat Thynge
UNITED STATES DISTRICT COURT - DISTRICT OF DELAWARE
844 North King Street
Wilmington, DE 19801

RE: **CARL P. JACOBS AND JANET L. JACOBS v. ERIKA M. SASEK AND KIRK SASEK
C.A. No. 06-487 (***)**

Your Honor:

Please be advised that the parties have reached an amicable resolution of this case. The case can therefore be removed from the Court's calendar for pre-trial conference on May 29, 2008 and trial on June 9 and 10. The parties expect to have a Stipulation of Dismissal filed within the next 30 days.

If the court has any questions, counsel is available at the Court's convenience.

Very truly yours,

DANIEL P. BENNETT

DPB/bst/412038
Cc: Alan H. Silverberg, Esquire
SUMMERFIELD, WILLEN, SILVERBERG & LIMSKY, P.A.
10019 Reisterstown Road, Suite 301
Owing Mills, MD 21117

Nellie M. Walsh, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
P.O. Box 391
Wilmington, DE 19899