IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARL P. JACOBS and JANET JACOBS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 06-487-MPT |
| | : | |
| ERIKA M. SASEK and KIRK SASEK, | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **19**th day of **May, 2008**.

IT IS ORDERED that the pretrial due date of May 19, 2008, the pretrial conference scheduled for May 29, 2008 at 9:00 a.m. and the trial scheduled for June 9 and 10, 2008 are cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE