File No.: 16989

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL P. JACOBS AND JANET L. JACOBS, <br> Plaintiffs, | : C.A. NO. 06-487 (MPT) <br> : <br> : |
| vs. | : <br> : |
| ERIKA M. SASEK AND KIRK SASEK, <br> Defendants. | : TRIAL BY JURY OF 12 DEMANDED <br> : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, through undersigned counsel, that the above-captioned matter is hereby dismissed, with prejudice.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Neilli Mullen Walsh_
NEILLI M. WALSH, I.D. #2707
P.O. Box 391
Wilmington, DE 19899
Attorney for Plaintiffs

Date: 6/1/08

MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

_/s/ Daniel P. Bennett_
DANIEL P. BENNETT, I.D. #2842
1220 North Market Street, Suite 300
Wilmington, DE 19801
(302) 655-2181
Attorney for Defendants

Date: May 27, 2008

**SO ORDERED** this _____ day of _____, 2008.

_____
J.